# EXHIBIT 5

AO121,CLOSED

# U.S. District Court
# District of Hawaii (Hawaii)
# CIVIL DOCKET FOR CASE #: 1:19-cv-00169-LEK-KJM

Venice PI, LLC, et al v. Doe 1, et al  
Assigned to: JUDGE LESLIE E. KOBAYASHI  
Referred to: MAGISTRATE JUDGE KENNETH J. MANSFIELD  
Cause: 17:101 Copyright Infringement

Date Filed: 04/04/2019  
Date Terminated: 04/22/2020  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Venice PI, LLC**  represented by  **Kerry S. Culpepper**  
75-170 Hualalai Road  
Suite B204  
Kailua Kona, HI 96740  
808-464-4047  
Fax: 202-204-5181  
Email: kculpepper@culpepperip.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MON, LLC**  represented by  **Kerry S. Culpepper**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Millennium Funding, Inc**  represented by  **Kerry S. Culpepper**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bodyguard Productions, Inc.**  represented by  **Kerry S. Culpepper**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TBV Productions, LLC**  represented by  **Kerry S. Culpepper**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**UN4 Productions, Inc.**  represented by  **Kerry S. Culpepper**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Hunter Killer Productions, Inc.** | represented by | **Kerry S. Culpepper** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Doe 1**
*TERMINATED: 11/07/2019*
*doing business as*
YIFY
*TERMINATED: 11/07/2019*

**Defendant**

**Doe 2**
*TERMINATED: 11/07/2019*
*doing business as*
YTS
*TERMINATED: 11/07/2019*

**Defendant**

**Michael Nolasco**
*TERMINATED: 05/09/2019*

**Defendant**

**Brent Baldwin**
*TERMINATED: 05/23/2019*

**Defendant**

**Doe 3**
*Cullen Coughlan*
*TERMINATED: 06/12/2019*

**Defendant**

**Does 4-10**
*TERMINATED: 11/07/2019*

**Defendant**

**Techmodo Limited**
*TERMINATED: 04/14/2020*

**Defendant**

**Senthil Vijay Segaran**
*TERMINATED: 04/14/2020*

**Defendant**

**NGUYEN DINH Manh**
*TERMINATED: 04/22/2020*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2019 | 51 | EO: Plaintiffs filed this action against Doe 2 dba YTS ("Doe Defendant YTS"), among others. *See* ECF No. 1. Plaintiffs' counsel, Kerry S. Culpepper, Esq., subsequently submitted a proposed summons for Doe Defendant YTS, which he directed to:<br><br>Doe 2 - Techmodo LTD<br>Mr. Senthil Vijay Segaran<br>40 BLOOMSBURY WAY<br>LOWER GROUND FLOOR<br>LONDON UNITED KINGDOM WCIA 2SE<br><br>ECF No. 17 at 1.<br><br>Mr. Culpepper subsequently filed two Proofs of Service purporting to evidence service of process upon Doe Defendant YTS through Techmodo Limited and Senthil Vijay Segaran. *See* ECF Nos. 42, 43. Techmodo Limited and Mr. Segaran, however, are not named in the Complaint, and thus they are not defendants in this case.<br><br>Federal Rule of Civil Procedure 4(a)(1)(B) requires that a summons "be directed to the defendant[.]" As a practical matter, it is impossible to serve a summons and complaint on an anonymous defendant. The Ninth Circuit therefore disfavors the use of doe defendants, *see Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980), and Plaintiffs' tactics highlight the problems with proceeding with doe defendants.<br><br>It is improper for Plaintiffs to attempt to effect service on a person or entity Plaintiffs believe to be a doe defendant without properly amending their complaint to identify the doe defendant by name. It is equally improper for Mr. Culpepper to direct summonses to persons and/or entities who are not named defendants in an action.<br><br>Based on the foregoing, the Court finds that Plaintiffs and Mr. Culpepper improperly served the Complaint on Techmodo Limited and Mr. Segaran. The Court thus STRIKES the 42 and 43 Proofs of Service as to these non-parties. If Plaintiffs name Techmodo Limited and/or Mr. Segaran in a subsequent amended pleading, Plaintiffs will need to effect service of process in accordance with Federal Rule of Civil Procedure 4.<br><br>The Court is aware that Mr. Culpepper, as the plaintiffs' counsel, has engaged in the same conduct in at least two other cases: (1) *HB Prods., Inc. v. Doe, et al.*, Civil No. 19-00389 ACK-KJM; and (2) *Wicked Nev., LLC v. Doe, et al.*, Civil No. 19-00413 SOM-KJM. The Court cautions Mr. Culpepper that similar actions in the future will result in the Court striking the plaintiffs' filings. (MAGISTRATE JUDGE KENNETH J. MANSFIELD) (mansfield2) (Entered: 10/28/2019) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 06/09/2020 19:20:35 | |
| **PACER Login:** | TechMarkGLPC:2557109:0 |
| **Client Code:** | Hurricane |

| Description: | Docket Report | Search Criteria: | 1:19-cv-00169-LEK-KJM Starting with document: 51 Ending with document: 51 |
|---|---|---|---|
| Billable Pages: | 3 | Cost: | 0.30 |