| | |
|---|---|
| 1 | NEIL D. GREENSTEIN (SBN 123980) |
| 2 | TECHMARK |
|   | 1751 Pinnacle Drive, Suite 1000 |
| 3 | Tysons, VA 22102 |
| 4 | Telephone (347) 514-7717 |
|   | Facsimile: (408) 280-2250 |
| 5 | Email: ndg@techmark.com |
| 6 | |
| 7 | MARTIN R. GREENSTEIN (SBN 106789) |
|   | TECHMARK, A Law Corporation |
| 8 | 4820 HARWOOD ROAD, SUITE 110 |
|   | SAN JOSE, CA 95124 |
| 9 | Telephone: (408) 266-4700 |
| 10 | Facsimile: (408) 850-1955 |
|    | Email: mrg@techmark.com |
| 11 | |
| 12 | Attorneys for Plaintiff |
|    | HURRICANE ELECTRIC LLC |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC, | CASE NO. |
| Plaintiff, | **PLAINTIFF'S CERTIFICATION AS TO INTERESTED ENTITIES AND PERSONS PURSUANT TO FRCP 7.1 AND LOCAL RULE 3-15** |
| v. | |
| DALLAS BUYERS CLUB, LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTION, INC.; VOLTAGE PICTURES, LLC; MGM AND UA SERVICES COMPANY; COOK PRODUCTIONS,LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; NICOLAS CHARTIER; VOLTAGE PRODUCTIONS; KILLING LINK, DISTRIBUTION, LLC; MILLENNIUM ENTERTAINMENTS, LLC; and DOES 1-10, | |
| Defendants. | |

PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 3-15

-1-

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for Hurricane Electric LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1. Mike Leber, Member of Hurricane Electric LLC
    2. Paula Leber, Member of Hurricane Electric LLC

DATED: June 10, 2020

NEIL D. GREENSTEIN
MARTIN R. GREENSTEIN
TECHMARK

By: /Neil D. Greenstein
Attorneys for Plaintiff
HURRICANE ELECTRIC LLC