AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| HURRICANE ELECTRIC LLC<br><br>*Plaintiff(s)*<br>v.<br>DALLAS BUYERS CLUB, LLC, ET AL.<br><br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached list.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Neil D. Greenstein, TechMark, 1751 Pinnacle Drive, Suite 1000, Tysons, VA  22102
> and
> Martin R. Greenstein, TechMark, ALC, 4820 Harwood Rd., Suite 110, San Jose, CA 95124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

HURRICANE ELECTRIC LLC V. DALLAS BUYERS CLUB, LLC

List of Defendants

DALLAS BUYERS CLUB, LLC, a California LLC
2170 Buckthorne Place
The Woodlands, TX 77380

DALLAS BUYERS CLUB, LLC, a Texas LLC
2170 Buckthorne Place
The Woodlands, TX 77380

GLACIER FILMS 1, LLC
327 S. Rampart St.
New Orleans, LA 70112

DOUBLE LIFE PRODUCTIONS, INC.
6423 Wilshire Blvd.
Los Angeles, CA 90048

VOLTAGE PICTURES, LLC
116 N. Robertson Blvd.
Los Angeles, CA 90048

ORION RELEASING, LLC
254 N. Beverly Drive
Beverly Hills, CA 90210

COOK PRODUCTIONS, LLC
844 Seward St., 1st Floor
Los Angeles, CA 90038

WWE STUDIOS FINANCE CORP.
1241 E. Main St.
Stamford, CT 06902

MON, LLC
215 ½ Arnaz Drive
Beverly Hills, CA 90211

TBV PRODUCTIONS, LLC
116 N. Robertson Blvd., Ste. 200
Los Angeles, CA 90048

CELL FILM HOLDINGS, LLC
8383 Wilshire Blvd., Ste. 310
Beverly Hills, CA 90211

VENICE PI, LLC
116 N. Robertson Blvd., Ste. 200
Los Angeles, CA 90048

SURVIVOR PRODUCTIONS, INC.
318 N. Carson St., #208
Carson City, NV 89701

I AM WRATH PRODUCTION, INC.
1901 Ave of the Stars, Suite 1050
Los Angeles, CA 90067

POW NEVADA, LLC
116 N. Robertson Blvd., Ste. 200
Los Angeles, CA 90048

HEADHUNTER, LLC
500 N. Rainbow Blvd.
Ste. 300A
Los Angeles, CA 90048

NICOLAS CHARTIER
6360 Deep Dell Pl.
Los Angeles, CA  90068

CRAIG J. FLORES
6426 Deep Dell 1
Los Angeles, CA 90068

AVI LERNER
1017 Maybrook Drive
Beverly Hills, CA 90210

VOLTAGE PRODUCTIONS, INC.
3025 W. Olympic Blvd.
Santa Monica, CA 90404

KILLING LINK DISTRIBUTION, LLC
9190 Olympic Blvd., Suite 400
Beverly Hills, CA 90212

MILLENIUM ENTERTAINMENT, LLC
6349 Palomar Oaks Center
Carlsbad, CA 92009

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: