AO 121 (Rev. 06/16)  (CAND version 8/18)

| TO:  **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION ON APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION               ☐ APPEAL          COURT NAME AND LOCATION

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

DOCKET NO:                    DATE FILED:
20-cv-03813-JSC               6/10/2020

PLAINTIFF:                                   DEFENDANT:
Hurricane Electric LLC                       Dallas Buyers Club, LLC  et al

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | "Pls. See Attached Copy of the Complaint" | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED        INCLUDED BY:
                     ☐ Amendment      ☐ Answer        ☐ Cross Bill      ☐ Other Pleading

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:              WRITTEN OPINION ATTACHED:        DATE RENDERED:
☐ Order    ☐ Judgment      ☐ Yes    ☐ No

*Susan Y. Soong*                      *[signature]*                      6/11/2020
Susan Y. Soong, Clerk             (by) Deputy Clerk, Thelma Nudo        Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy