| | |
|---|---|
| 1 | NEIL D. GREENSTEIN (SBN 123980) |
| 2 | TECHMARK |
|   | 1751 Pinnacle Drive, Suite 1000 |
| 3 | Tysons, VA 22102 |
| 4 | Telephone (347) 514-7717 |
|   | Facsimile: (408) 280-2250 |
| 5 | Email: ndg@techmark.com |

MARTIN R. GREENSTEIN (SBN 106789)
TECHMARK, A Law Corporation
4820 HARWOOD ROAD, SUITE 110
SAN JOSE, CA 95124
Telephone: (408) 266-4700
Facsimile: (408) 850-1955
Email: mrg@techmark.com

JOHN L. ROBERTS (SBN 208927)
TECHMARK
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
Telephone (347) 514-7717
Facsimile: (408) 280-2250
Email: jlr@techmark.net

Attorneys for Plaintiff
HURRICANE ELECTRIC LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HURRICANE ELECTRIC LLC, | CASE NO. 3:20-cv-03813-CRB |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF JOHN L. ROBERTS** |
| DALLAS BUYERS CLUB, LLC, a California LLC; DALLAS BUYERS CLUB, LLC, a Texas LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; ORION RELEASING, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, | |

| | |
|---|---|
| LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; SURVIVOR PRODUCTIONS, INC.; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; CRAIG J. FLORES; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; KILLING LINK DISTRIBUTION, LLC; MILLENIUM ENTERTAINMENT, LLC; and DOES 1-20,<br><br>          Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

     **PLEASE TAKE NOTICE** that John L. Roberts of the law firm of TECHMARK hereby enters his appearance in this action on behalf of Plaintiff Hurricane Electric LLC. The email address for Mr. Roberts for the purposes of receipt of Notices of Electronic Filing is as follows: jlr@techmark.net. Plaintiff requests that Mr. Roberts be included on the Court's and parties' service list.

DATED:  June 23, 2020

                                          NEIL D. GREENSTEIN
                                          MARTIN R. GREENSTEIN
                                          JOHN L. ROBERTS
                                          TECHMARK

                                      By:  /s/ John L. Roberts
                                          John L. Roberts

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2020, a copy of the foregoing NOTICE OF APPEARANCE OF JOHN L. ROBERTS was filed electronically, and was served on the following parties by mailing on that date a copy via first class mail to Kerry S. Culpepper, Culpepper IP, LLLC, 75-170 Hualalai Road, Suite B204, Kailua Kona, HI 96740, who has previously agreed to accept service on behalf of these parties:

DOUBLE LIFE PRODUCTIONS, INC.

KILLING LINK DISTRIBUTION, LLC

SURVIVOR PRODUCTIONS, INC.

DALLAS BUYERS CLUB, LLC, a California LLC

GLACIER FILMS 1, LLC

HEADHUNTER, LLC

I AM WRATH PRODUCTION, INC.

MON, LLC

NICOLAS CHARTIER

POW NEVADA, LLC

TBV PRODUCTIONS, LLC

VENICE PI, LLC

VOLTAGE PICTURES, LLC

VOLTAGE PRODUCTIONS, INC.

Cell Film Holdings, LLC

DATED: June 23, 2020

By: /s/ John L. Roberts
John L. Roberts