Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hurricane Electric, LLC )
) Case No: 3:20-cv-3813
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE** ORDER
Dallas Buyers Club, LLC, et al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Kerry S. Culpepper, an active member in good standing of the bar of Hawaii, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: (See Continuation Sheet) in the above-entitled action. My local co-counsel in this case is Tobi Clinton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 75-170 Hualalai Road, Suite B204<br>Kailua Kona, HI 96740 | 330 Vernon St., Unit 795<br>Roseville, CA 95678 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (808) 464-4047 | (650) 735-2137 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kculpepper@culpepperip.com | tclinton@culpepperip.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9837.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/15/20

Kerry S. Culpepper
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kerry S. Culpepper is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 16, 2020

UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~