Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
330 Vernon St., Unit 795
Roseville, CA 95678
Tel: 650-735-2137
Fax: 202-204-5181
tclinton@culpepperip.com

*Attorneys for Certain Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DALLAS BUYERS CLUB, LLC, et al.<br><br>Defendants. | Case No.: 3:20-CV-3813-CRB<br><br>**CERTAIN DEFENDANTS' FIRST CERTIFICATION AS TO INTERESTED ENTITIES AND PERSONS PURSUANT TO FRCP 7.1 AND LOCAL RULE 3-15** |

**CERTAIN DEFENDANTS' FIRST CERTIFICATION AS TO INTERESTED ENTITIES AND PERSONS PURSUANT TO FRCP 7.1 AND LOCAL RULE 3-15**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for DALLAS BUYERS CLUB, LLC, a California LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: VOLTAGE PICTURES, LLC.  No publicly held corporation owns 10% or more of their stock.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for GLACIER FILMS 1, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: GLACIER FILMS (USA), Inc.  No publicly held corporation owns 10% or more of their stock.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for DOUBLE LIFE PRODUCTIONS, INC., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  NU IMAGE, INC.  No publicly held corporation owns 10% or more of their stock.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for VOLTAGE PICTURES, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  NICOLAS CHARTIER.  No publicly held corporation owns 10% or more of their stock.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for COOK PRODUCTIONS, LLC, certifies that as of this date, other than the named parties, there is no such interest to report.  No publicly held corporation owns

10% or more of the stock of COOK PRODUCTIONS, LLC.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for WWE STUDIOS FINANCE CORP, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: VOLTAGE PICTURES, LLC and WWE Studios, Inc., which owns WWE STUDIOS FINANCE CORP and is owned by World Wrestling Entertainment, Inc., a publicly traded company.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for MON, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: SOUNDFORD LIMITED and VOLTAGE PICTURES, LLC.  No publicly held corporation owns 10% or more of their stock.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for TBV PRODUCTIONS, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: VOLTAGE PRODUCTIONS, LLC.  No publicly held corporation owns 10% or more of their stock.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the

undersigned, counsel of record for CELL FILM HOLDINGS, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: BD&P COMPANY LLC.  No publicly held corporation owns 10% or more of their stock.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for VENICE PI, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  LOST DOG PRODUCTIONS, LLC and VOLTAGE PRODUCTIONS, LLC.  No publicly held corporation owns 10% or more of the stock of VENICE PI, LLC.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for SURVIVOR PRODUCTIONS, INC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  MILLENNIUM FUNDING, INC.  No publicly held corporation owns 10% or more of the stock of SURVIVOR PRODUCTIONS, INC.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for I AM WRATH PRODUCTION, INC., certifies that the

following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: HANNIBAL MEDIA, INC.  No publicly held corporation owns 10% or more of the stock of I AM WRATH PRODUCTION, INC.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for POW NEVADA, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: VOLTAGE HOLDINGS, LLC.  No publicly held corporation owns 10% or more of their stock.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for HEADHUNTER, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: VOLTAGE HOLDINGS, LLC and NICOLAS CHARTIER.  No publicly held corporation owns 10% or more of their stock.

Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for NICOLAS CHARTIER, certifies that as of this date, other than the named parties, there is no such interest to report.

Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for AVI LERNER, certifies that as of this date, other than the named parties, there is no such interest to report.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the

undersigned, counsel of record for VOLTAGE PRODUCTIONS, INC., certifies that as of this date, other than the named parties, there is no such interest to report.  No publicly held corporation owns 10% or more of their stock.

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned, counsel of record for KILLING LINK DISTRIBUTION, LLC, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: CINETEL FILMS, INC.  No publicly held corporation owns 10% or more of their stock.

DATED Kailua-Kona, Hawaii, July 24, 2020.

Respectfully Submitted,

**CULPEPPER IP, LLLC**

/s/ Kerry S. Culpepper
Kerry S. Culpepper
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
*Attorney for Defendants:* DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; SURVIVOR PRODUCTIONS, INC.; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; and KILLING LINK DISTRIBUTION