1
2
3
4
5
6
7
8
9
10

Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
330 Vernon St., Unit 795
Roseville, CA 95678
Tel: 650-735-2137
Fax: 202-204-5181
tclinton@culpepperip.com

*Attorneys for Certain Defendants*

11

## UNITED STATES DISTRICT COURT

12

## NORTHERN DISTRICT OF CALIFORNIA

13
14

HURRICANE ELECTRIC LLC,

Plaintiffs,

15

v.

16

DALLAS BUYERS CLUB, LLC, et al.

17

Defendants.

Case No.:  3:20-CV-3813-CRB

**DEFENDANT CRAIG J. FLORES' FIRST CERTIFICATION AS TO INTERESTED ENTITIES AND PERSONS PURSUANT TO LOCAL RULE 3-15**

18
19

**DEFENDANT CRAIG J. FLORES' FIRST CERTIFICATION AS TO INTERESTED ENTITIES AND PERSONS PURSUANT TO LOCAL RULE 3-15**

20
21

Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for CRAIG. J FLORES,

22

certifies that as of this date, other than the named parties, there is no such interest to report.

23

DATED Kailua-Kona, Hawaii, August 6, 2020.

24
25
26

Respectfully Submitted,

**CULPEPPER IP, LLLC**

27
28

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorney for Defendants: DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; 1 AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; CRAIG J. FLORES and KILLING LINK DISTRIBUTION*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740