NEIL D. GREENSTEIN (SBN 123980)
JOHN L. ROBERTS (SBN 208927)
TECHMARK
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
Telephone (347) 514-7717
Facsimile: (408) 280-2250
Email: ndg@techmark.com
Email: jlr@techmark.net

MARTIN R. GREENSTEIN (SBN 106789)
TECHMARK, A Law Corporation
4820 Harwood Road, Suite 110
San Jose, CA 95124
Telephone: (408) 266-4700
Facsimile: (408) 850-1955
Email: mrg@techmark.com

Attorneys for Plaintiff
HURRICANE ELECTRIC LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>Plaintiff,<br><br>v.<br><br>DALLAS BUYERS CLUB, LLC; et al<br><br>Defendants. | CASE NO. 3:20-CV-3813-CRB<br><br>NOTICE OF PENDENCY OF OTHER ACTION [L.R. 3-13] |

Plaintiff submits this Notice pursuant to Local Rule 3-13.

Plaintiff has filed an action in the United States District Court for the District of Nevada titled Hurricane Electric LLC v. Millennium Funding Inc. et al. which has been assigned Case No. 2:20-cv-01034 (the "Las Vegas" action).

The dispute in issue relates to threats of copyright infringement by defendants "copyright enforcement entities" (including their principals) against a Tier 2 Internet backbone provider who has no technological way of identifying the alleged copyright infringers.  In addition, certain principals of the entities have homes in both California and Nevada and it is unclear which home will be claimed as such principals' domiciles for jurisdiction purposes.  Finally, there are additional DOE defendants, unknown to plaintiff at this time, that may be subject to jurisdiction only in Nevada or only in California.

After counterclaims are filed, the matters are at issue and some preliminary discovery is obtained, it may be appropriate to consider consolidating the cases and several of the present parties have been discussing possible transfer and consolidation. However, Plaintiff believes that such transfer and consolidation is premature at this time.

DATED:  August 7, 2020

NEIL D. GREENSTEIN
MARTIN R. GREENSTEIN
JOHN L. ROBERTS
TECHMARK

By:  /s/ Neil D. Greenstein
Neil D. Greenstein
Attorneys for Plaintiff
HURRICANE ELECTRIC LLC