UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HURRICANE ELECTRIC LLC, | Case No.: 3:20-CV-3813-CRB |
|---|---|
| Plaintiffs, | |
| v. | **ATTESTATION** |
| DALLAS BUYERS CLUB, LLC, et al. | |
| Defendants. | |

### **ATTESTATION**

Pursuant to LR 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature. I have filed a scanned image of the signature page, signed by the parties, of the document being electronically filed, in lieu of maintaining the paper record for subsequent production if required.

DATED Kailua-Kona, Hawaii, August 7, 2020.

Respectfully submitted,

**CULPEPPER IP, LLLC**

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Certain Defendants*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1