Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
330 Vernon St., Unit 795
Roseville, CA 95678
Tel: 650-735-2137
Fax: 202-204-5181
tclinton@culpepperip.com

*Attorneys for Defendants, DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; CRAIG FLORES and KILLING LINK DISTRIBUTION*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DALLAS BUYERS CLUB, LLC, et al.<br><br>Defendants. | Case No.: 3:20-CV-3813-CRB<br><br>**FIRST STIPULATION BETWEEN PLAINTIFF AND CERTAIN DEFENDANTS TO EXTEND DEADLINE TO RESPOND TO COMPLAINT, TO REQUEST AN EARLY SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE, AND CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

Whereas, Hurricane Electric, LLC ("Plaintiff"), through its counsel Neil D. Greenstein, granted DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; CRAIG FLORES and KILLING LINK DISTRIBUTION ("Certain Defendants"), through their counsel Kerry S. Culpepper, an extension of approximately 30-days to file their Answers and/or Responsive Motions to the Complaint. Counsel for the Certain Defendants also agreed to grant Plaintiff a similar extension, should that be requested by Plaintiff, to respond to any counterclaims. Plaintiff and the Certain Defendants are referred to collectively as "Parties".

Whereas, the Certain Defendants executed waivers of service having different days between June 18, 2020 and July 2, 2020 resulting in responses due on different dates in August and September 2020. Accordingly, for clarity and consistency, the Parties agree to extend all of the Certain Defendants' deadline to file their Answers and/or Responsive Motions to a single date of October 2, 2020.

Whereas, counsel for the Parties have already engaged in settlement discussions and engaged the services of a private mediator for a preliminary mediation session which was conducted on July 30, 2020.

Whereas, the Parties made progress in resolving some of the issues concerning this civil action, and a co-pending action in the U.S. District Court for the District of Nevada, during that preliminary private mediation.

Whereas, the Parties would like to continue their settlement discussions with the assistance of a U.S. Magistrate Judge at an early date and request this Court to immediately assign this matter to a Magistrate Judge for such an early settlement conference.

Whereas, the Parties believe their efforts would be most efficiently spent in settlement discussions with a Magistrate Judge without distraction of anticipated motion practice relating to

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

2

the pleadings.

Whereas, there have been no previous extensions in this action.

Whereas, the Parties request this Court to Continue the Case Management Conference and all related dates by 50 days to allow for the Parties to engage in an early settlement conference.

IT IS HEREBY STIPULATED AND AGREED by the Parties, in accordance with Local Rule 6-1(a), that the deadline for Defendants DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; CRAIG FLORES and KILLING LINK DISTRIBUTION to file their Answer and/or Responsive Motion to the Complaint shall be extended to October 2, 2020.

IT IS FURTHER STIPULATED, in accordance with Local Rule 6-1(b) and subject to approval by the Court, that all other dates in this case be continued by approximately fifty (50) days as follows:

| Date | Event |
| --- | --- |
| October 9, 2020 | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR Certification signed by Parties and Counsel |
| October 23, 2020 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

| | |
|---|---|
| October 30, 2020 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in: Courtroom E, 15th Floor Phillip Burton Federal Building 450 Golden Gate Avenue San Francisco, CA 94102 |

DATED Kailua-Kona, Hawaii, August  7 , 2020.

Respectfully submitted,

**CULPEPPER IP, LLLC**

/s/ *Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Certain Defendants*

IT IS SO STIPULATED.

Respectfully,

NEIL D. GREENSTEIN
MARTIN R. GREENSTEIN
JOHN L. ROBERTS
TECHMARK

Dated: August 7, 2020    By: _____
                  Neil D. Greenstein
                  Attorneys for Plaintiff

<u>**ORDER**</u>
[L.R. 7-12]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 10, 2020

Charles R. Breyer
United States District Judge

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

4