Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
330 Vernon St., Unit 795
Roseville, CA 95678
Tel: 650-735-2137
Fax: 202-204-5181
tclinton@culpepperip.com

*Attorneys for Certain Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DALLAS BUYERS CLUB, LLC, et al.<br><br>Defendants. | Case No.:  3:20-CV-3813-CRB<br><br>**NOTICE OF APPEARANCE OF KERRY S. CULPEPPER ON BEHALF OF DEFENDANT DALLAS BUYERS CLUB, LLC (TX)** |

**NOTICE OF APPEARANCE OF KERRY S. CULPEPPER ON BEHALF OF DEFENDANT DALLAS BUYERS, CLUB, LLC (TX)**

TO:     The clerk of court and all parties of record

Please take notice that Kerry S. Culpepper, counsel for DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; KILLING LINK

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

DISTRIBUTION and CRAIG J. FLORES, hereby further enters his appearance on behalf of Defendant DALLAS BUYERS CLUB, LLC, a Texas LLC.


DATED Kailua-Kona, Hawaii, August 13, 2020.

Respectfully Submitted,

**CULPEPPER IP, LLLC**


*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
*Attorney for Defendants*

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

2