Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
330 Vernon St., Unit 795
Roseville, CA 95678
Tel: 650-735-2137
Fax: 202-204-5181
tclinton@culpepperip.com

*Attorneys for Defendants, DALLAS BUYERS CLUB, LLC, a California LLC; DALLAS BUYERS CLUB, LLC, a Texas LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; CRAIG FLORES and KILLING LINK DISTRIBUTION*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>DALLAS BUYERS CLUB, LLC, et al.<br><br>  Defendants. | Case No.: 3:20-CV-3813-CRB<br><br>**FIRST STIPULATION BETWEEN PLAINTIFF AND DEFENDANT DALLAS BUYERS CLUB, LLC (TX) TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[No Order Required – LR 6-1(a)]** |

Whereas, HURRICANE ELECTRIC, LLC ("Plaintiff"), through its counsel Neil D. Greenstein, and DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

Stip Ext Time Resp to Cmplt-3:20-CV-3813-CRB   1

PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; CRAIG FLORES and KILLING LINK DISTRIBUTION ("Certain Defendants"), through their counsel Kerry S. Culpepper, previously agreed to an extension of up until October 2, 2020 for the Certain Defendants to file their Answers and/or Responsive Motions to the Complaint.  Counsel for the Certain Defendants also agreed to grant Plaintiff a similar extension, should that be requested by Plaintiff to respond to any counterclaims.

Whereas, Kerry S. Culpepper has now entered an appearance for an additional defendant, DALLAS BUYERS CLUB, LLC, a Texas LLC ("DBC-TX");

Whereas, Plaintiff, through its counsel Neil D. Greenstein, has granted Defendant DBC-TX, through its counsel Kerry S. Culpepper, a similar extension up until October 2, 2020 for Defendant DBC-TX to file its Answers and/or Responsive Motions to the Complaint.  Counsel for Defendant DBC-TX also agreed to grant Plaintiff an extension of 30 days, should that be requested by Plaintiff to respond to any counterclaims.  Plaintiff and Defendant DBC-TX are referred to collectively as "Parties".

Whereas, this matter was referred to a Magistrate Judge Thomas S. Hixson for an early settlement conference on August 10, 2020.  Defendant DBC-TX will participate in the early settlement conference.

/ / /

/ / /

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

Stip Ext Time Resp to Cmplt-3:20-CV-3813-CRB    2

1  Whereas, there have been no previous extensions in this action between the Parties.

2  IT IS HEREBY STIPULATED AND AGREED by the Parties, in accordance with Local Rule 6-1(a), that the deadline for Defendant DALLAS BUYERS CLUB, LLC, a Texas LLC to file its Answer and/or Responsive Motion to the Complaint shall be extended to October 2, 2020.

DATED Kailua-Kona, Hawaii, August 17, 2020.

Respectfully submitted,

**CULPEPPER IP, LLLC**

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Defendant DBC-TX and Certain Defendants*

IT IS SO STIPULATED.

Respectfully,

NEIL D. GREENSTEIN
MARTIN R. GREENSTEIN
JOHN L. ROBERTS
TECHMARK

Dated: August 18, 2020

By: _____
Neil D. Greenstein
Attorneys for Plaintiff

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

Stip Ext Time Resp to Cmplt-3:20-CV-3813-CRB    3