NEIL D. GREENSTEIN (SBN 123980)
JOHN L. ROBERTS (SBN 208927)
TECHMARK
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
Telephone (347) 514-7717
Facsimile: (408) 280-2250
Email: ndg@techmark.com
         jlr@techmark.net

MARTIN R. GREENSTEIN (SBN 106789)
TECHMARK, A Law Corporation
4820 HARWOOD ROAD, SUITE 110
SAN JOSE, CA 95124
Telephone: (408) 266-4700
Facsimile: (408) 850-1955
Email: mrg@techmark.com

Attorneys for Plaintiff
HURRICANE ELECTRIC LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>      Plaintiff,<br>   v.<br><br>DALLAS BUYERS CLUB, LLC, a California LLC; et al,<br><br>      Defendants. | CASE NO. 3:20-CV-3813-CRB<br><br>**STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Hurricane Electric LLC ("HE") submits this Stipulated Administrative Motion to relate *Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford* ("NFI"), Case No. 3:20-cv-05840, filed on August 19, 2020 in this Court to the instant case, pursuant to Local Civil Rule 3-12.

## I.     RECENTLY FILED HIGH-NUMBERED RELATED CASE

*Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford*, N.D. Cal. Case No. 3:20-cv-05840, filed August 19, 2020 (herein "*HE Insurance*").

## II.    STANDARD

Local Rule 3-12 defines a related case as one where: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expenses or conflicting results if the cases are conducted before different Judges. Civil L.R. 3-12.

## III.   RELATIONSHIP OF THE ACTIONS

The *HE Insurance* case is a declaratory relief action that involves the same plaintiff, HE, and substantially the same transactions and events as those at issue in the present, earliest-filed declaratory relief action. Specifically, both cases stem from the demands by a group of commonly-represented copyright assertion entities (hereinafter collectively referred to as the "Claimants") for over $500,000 in payments plus other concessions, as alleged in a March 19, 2020 cease and desist letter sent to HE by counsel for the Claimants ("the C&D Letter"). The C&D Letter broadly alleged:

> [T]he Internet [S]ervice [HE] provides to its subscribers at IP addresses . . . . ha[s] [been used] repeatedly [by subscribers to] infringe[] the copyright in [Claimants'] motion pictures . . . . [Claimants] request that:
> (1) HE agree to immediate[ly] terminate all Internet [S]ervice to the subscribers at the above IP addresses;
> (2) HE agrees to take the appropriate action to terminate subscriber accounts in response to all further copyright notifications received from [Claimants'] agent; and
> (3) pay a portion of my clients' damages.

*See* the Declaration of Neil D. Greenstein in Support of HE's Administrative Motion to Consider Whether Cases Should Be Related ("Greenstein Decl."), Ex 1 (*HE Insurance* Compl.) ¶¶ 23-30.

HE filed the present action to obtain a judgment that it did not infringe as alleged in the C&D Letter, or if it did, that it was protected from liability by the "safe harbor" provisions of 17 U.S.C. § 512 (Title II of the Digital Millennium Copyright Act).

HE then filed the *HE Insurance* declaratory relief action against its insurance company NFI to obtain reimbursement for the money HE expended in bringing both the present action and a similar action against Nevada-based Claimants, namely case 2:20-cv-01034-JCM-DJA filed in the District of Nevada on June 10, 2020 ("the Nevada Action").

Without the C&D Letter there would be neither the *HE Insurance* declaratory relief action nor the present declaratory relief action. Accordingly, the C&D Letter is the "same . . . event" that gave rise to both the *HE Insurance* declaratory relief action and this declaratory relief action per L.R. 3-12.

If the *HE Insurance* declaratory relief action were assigned to a different judge there would be "unduly burdensome duplication of labor and expenses . . . ." because resolution of the copyright infringement issues in the present action would impact the *HE Insurance* declaratory relief action. Specifically, the determination of any alleged copyright infringement or filing of a counterclaim by Claimants in the present action has the potential to directly impact NFI's defensive duty and the coverage analysis in this action.

Relating these cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, counsel, and the Court.

**IV.   CONCLUSION**

The *HE Insurance* Action satisfies the criteria of a related case under Local Civil Rule 3-12. Therefore, HE, with Defendants' stipulation, respectfully requests that the

1  *HE Insurance* Action be deemed related to the present case and be assigned to the
2  Honorable Charles R. Breyer.

4  DATED:  August 21, 2020

NEIL D. GREENSTEIN
MARTIN R. GREENSTEIN
JOHN L. ROBERTS
TECHMARK

By:   /s/Neil D. Greenstein
Attorneys for Plaintiff
HURRICANE ELECTRIC LLC

# CERTIFICATE OF SERVICE

I, Neil D. Greenstein, declare:

I am a citizen of the United States, over the age of eighteen years, and not a party to this action. My business address is 1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102.

On August 21, 2020, I served the following items:

1. **STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
2. **DECLARATION OF NEIL D. GREENSTEIN IN SUPPORT OF STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, INCLUDING EXHIBIT OF STIPULATION OF RELATION PURSUANT TO LOCAL CIVIL RULE 3-12;**
3. **[PROPOSED] RELATED CASE ORDER.**

On: Catherine Gardner, Claim Consultant, Commercial Liability Claim, CNA, PO Box 8317, Chicago, IL 60680-8317, Email: Catherine.Gardner@cna.com – by email.

CNA is the defendant in related case no. 3:20-cv-05840 and I have been informed that CNA has been served with the summons and complaint in *Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford*, Case No. 3:20-cv-05840 through its registered agent but that no counsel has yet entered an appearance in that case. Ms. Gardener is the claims adjuster with whom I dealt with prior to the filing of *Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford*, Case No. 3:20-cv-05840.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of August, 2020.

/s/ Neil D. Greenstein
Neil D. Greenstein