IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>          Plaintiff,<br>     v.<br><br>DALLAS BUYERS CLUB, LLC, a California LLC; et al,<br><br>          Defendants. | CASE NO. 3:20-CV-3813-CRB<br><br>**[PROPOSED]**<br><br>**RELATED CASE ORDER** |

A Stipulated Motion for Administrative Relief to Consider Whether Cases Should Be Related (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the District Judge assigned to the earliest-filed case of ***Hurricane Electric, LLC vs. Dallas Buyers Club, LLC et al., * 3:20-CV-3813-CRB**, I find that the more recently filed case of ***Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford,* 3:20-cv-05840** is related to the first case already assigned to me.  The case of ***Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford,* 3:20-cv-05840** shall thus be reassigned to me.

Counsel are instructed that all future filings in the reassigned case are to bear the initials of CRB immediately after the case number. The case management conference in the reassigned case will be rescheduled by the Court.  Unless otherwise ordered, any

1 dates for hearing noticed motions are vacated and must be re-noticed by the moving
2 party before this Court; and any deadlines set by the ADR Local Rules remain
3 unchanged.

5     IT IS SO ORDERED.

7     Dated: _____
                                                      Charles R. Breyer
8                                                        U.S. District Judge

# CERTIFICATE OF SERVICE

I, Neil D. Greenstein, declare:

I am a citizen of the United States, over the age of eighteen years, and not a party to this action.  My business address is 1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102.

On August 21, 2020, I served the following items:

1. **STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
2. **DECLARATION OF NEIL D. GREENSTEIN IN SUPPORT OF STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, INCLUDING EXHIBIT OF STIPULATION OF RELATION PURSUANT TO LOCAL CIVIL RULE 3-12;**
3. **[PROPOSED] RELATED CASE ORDER.**

On: Catherine Gardner, Claim Consultant, Commercial Liability Claim, CNA, PO Box 8317, Chicago, IL  60680-8317, Email:  Catherine.Gardner@cna.com – by email.

CNA is the defendant in related case no. 3:20-cv-05840 and I have been informed that CNA has been served with the summons and complaint in *Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford*, Case No. 3:20-cv-05840 through its registered agent but that no counsel has yet entered an appearance in that case.  Ms. Gardener is the claims adjuster with whom I dealt with prior to the filing of *Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford*, Case No. 3:20-cv-05840.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of August, 2020.

/s/ Neil D. Greenstein
Neil D. Greenstein