IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>         Plaintiff,<br>   v.<br><br>DALLAS BUYERS CLUB, LLC, a California LLC; et al,<br><br>         Defendants. | CASE NO. 3:20-CV-3813-CRB<br><br>[~~PROPOSED~~]<br><br>RELATED CASE ORDER |

A Stipulated Motion for Administrative Relief to Consider Whether Cases Should Be Related (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the District Judge assigned to the earliest-filed case of ***Hurricane Electric, LLC vs. Dallas Buyers Club, LLC et al., 3:20-CV-3813-CRB***, I find that the more recently filed case of ***Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford, 3:20-cv-05840*** is related to the first case already assigned to me.  The case of ***Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford, 3:20-cv-05840*** shall thus be reassigned to me.

Counsel are instructed that all future filings in the reassigned case are to bear the initials of CRB immediately after the case number. The case management conference in the reassigned case will be rescheduled by the Court.  Unless otherwise ordered, any

dates for hearing noticed motions are vacated and must be re-noticed by the moving party before this Court; and any deadlines set by the ADR Local Rules remain unchanged.

IT IS SO ORDERED.

Dated: August 24, 2020

_____
Charles R. Breyer
U.S. District Judge