NEIL D. GREENSTEIN (SBN 123980)
JOHN L. ROBERTS (SBN 208927)
TECHMARK
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
Telephone (347) 514-7717
Facsimile: (408) 280-2250
Email: ndg@techmark.com

MARTIN R. GREENSTEIN (SBN 106789)
TECHMARK, A Law Corporation
4820 HARWOOD ROAD, SUITE 110
SAN JOSE, CA 95124
Telephone: (408) 266-4700
Facsimile: (408) 850-1955
Email: mrg@techmark.com

Attorneys for Plaintiff
HURRICANE ELECTRIC LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DALLAS BUYERS CLUB, LLC et al.,<br><br>    Defendants. | CASE NO. 3:20-cv-3813-CRB |

**FRCP 41(a)(1)(A)(i) DISMISSAL WITHOUT PREJUDICE SOLELY AS TO MILLENIUM ENTERTAINMENT, LLC**

In *Wilson v. City of San Jose*, 111, F.3d 688, the Ninth Circuit stated:

> "Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir.1995) (citing

*Hamilton v. Shearson-Lehman American Express*, 813 F.2d 1532, 1534 (9th Cir.1987)).

* * *

The dismissal is effective on filing and no court order is required. *Id.* The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. Id.; *Pedrina v. Chun*, 987 F.2d  608, 609-10 (9th Cir.1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. *Concha*, 62 F.3d at 1506."

Defendant, Millenium Entertainment, LLC, a California LLC, has not served an answer or a motion for summary judgment.

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Hurricane Electric LLC, hereby dismisses, WITHOUT PREJUDICE, solely as to Defendant, Millenium Entertainment, LLC, a California LLC.

Each party is to bear its own costs and attorneys' fees.

DATED:  September 10, 2020

NEIL D. GREENSTEIN
MARTIN R. GREENSTEIN
JOHN L. ROBERTS
TECHMARK

By:   /s/ Neil D. Greenstein
Neil D. Greenstein
Attorneys for Plaintiff
HURRICANE ELECTRIC LLC