Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
330 Vernon St., Unit 795
Roseville, CA 95678
Tel: 650-735-2137
Fax: 202-204-5181
tclinton@culpepperip.com

*Attorneys for Defendants: DALLAS BUYERS CLUB, LLC, a Texas LLC; DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; CRAIG FLORES; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; and KILLING LINK DISTRIBUTION.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DALLAS BUYERS CLUB, LLC, et al.<br><br>Defendants. | Case No.: 3:20-CV-3813-CRB<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANTS TO STAY ACTION PENDING RULING ON CO-PENDING INSURANCE ACTION BY PLAINTIFF AGAINST ITS INSURER AND PROVIDE FOR LIMITED THIRD-PARTY DISCOVERY; [PROPOSED] ORDER GRANTING STAY** |

Whereas, HURRICANE ELECTRIC, LLC ("Plaintiff"), through its counsel Neil D. Greenstein, and DALLAS BUYERS CLUB, LLC, a Texas LLC, DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI,

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; CRAIG FLORES and KILLING LINK DISTRIBUTION ("Defendants"), through their counsel Kerry S. Culpepper, stipulate for an order staying this action, subject to the exceptions set forth below, pending resolution of Plaintiff's insurer's duty to defend in the Co-Pending Insurance Action (defined below). Plaintiff and the Defendants are referred to collectively as "Parties." The Parties recognize that there is some third-party data and documents that may not be regularly preserved and have agreed, notwithstanding the stay, that certain third-party discovery, as explained below, may proceed during the stay. Finally, the Parties have agreed that Defendants' answers or other responses to the complaint should be set a minimum of 60-days after the stay is lifted so that the parties can engage in a settlement conference with Magistrate Judge Hixson after the ruling in the Co-Pending Insurance Action.

Whereas, the Court endorsed the Parties' First Stipulation to Extend Defendants' Deadline to Answer and/or Respond to Complaint [Doc. #28]. The First Stipulation granted Defendants up until October 2, 2020 to respond to the Complaint.

Whereas, the Court endorsed the Parties' Second Stipulation to Extend Defendants' Deadline to Answer and/or Respond to Complaint [Doc. #41]. The Second Stipulation granted Defendants up until November 2, 2020 to respond to the Complaint.

Whereas, Plaintiff has filed a lawsuit against its insurer National Fire Insurance Company of Hartford, Inc. ("NFI") in this District in the case entitled *Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford,* 3:20-cv-05840-CRB (the "Co-Pending Insurance Action"). This Court has ordered that the Co-Pending Insurance Action and the present case be treated as related cases [Doc. #36].

Whereas, the Court referred this present case to Magistrate Judge Hixson for conducting an early Settlement Conference per the Parties' request [Doc. #29]; however, the Parties have concluded that an early Settlement Conference would not be fruitful until after the dispute over the

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

insurer's duty to defend between Plaintiff and NFI in the Co-Pending Insurance Action has been resolved or at least substantial progress has been made toward a resolution.

Whereas, on October 9, 2020, in the Co-Pending Insurance Action Plaintiff filed a Motion For Partial Summary Judgment On National Fire's Duty To Defend Hurricane Electric in the Instant Action.

Whereas the Parties have agreed that all parties in this Action shall reserve all rights and that this requested stay, and the slight delay in this Action, shall not be construed in any manner for or against any party on any issue, whether substantive or procedural.

Whereas, the Parties believe that there will be no "possible damage which may result from the granting of a stay" or "hardship or inequity which a party may suffer" since the Parties have also agreed that Parties will be allowed to conduct limited third party discovery. *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005) (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)). Moreover, consideration of "the orderly course of justice measured in terms of the simplifying or complicating issues" supports granting a stay since a stay will eliminate distraction of anticipated motion practice between the parties until after the dispute between Plaintiff and NFI in the Co-Pending Insurance Action has been resolved or at least substantial progress has been made, thereby simplifying the issues. *Id.*

Accordingly, the Parties agree that all deadlines in this matter including the Case Management Conference, any direct formal discovery **between** the Parties and the early settlement conference be STAYED. The Parties intend to resume the settlement conference proceedings with Magistrate Judge Hixson after said Co-Pending Insurance Action has been resolved.

Whereas, the Defendants request that the Court issue an Order granting leave to conduct limited early third-party discovery prior to the Rule 26(f) Conference as follows:

(a) Internet Service Providers ("ISP") only maintain internal logs of subscriber information for a brief period of time. *See Digital Sin, Inc. v. Does 1-176*, 279 F.R.D. 239, 242 (S.D.N.Y. 2012) ("[E]xpedited discovery is necessary to prevent the requested data from being lost forever as part of routine deletions by the ISPs."). Accordingly, Defendants request that the Court issue an Order granting leave to Defendants to serve Subpoenas per Rule 45 of the *Federal Rules of Civil*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

*Procedure* on:

(1) ISPs that are customers/affiliates of Plaintiff, identified in attached Exhibit "1," where Defendants' motion pictures were allegedly infringed, but only to request subscriber identification information of Internet Protocol ("IP") addresses; and

(2) email providers such as Google, Microsoft and Yahoo solely to request identification and IP address log records for email addresses that were used to log into the YTS website which Defendants claim were allegedly used to download, through Plaintiff's customers, torrent files of Defendants' motion pictures as identified in Exhibit "1".

(b) There has been extensive litigation, depositions and documents of the defendants in other copyright enforcement action involving the same copyrights and such deposition transcripts and documents may be in the possession of third parties, who are not presently under a retention obligation.  In order to avoid the loss of such valuable and likely probative information, the Parties stipulate and agree, and request leave of Court, so that Plaintiff may issue FRCP 45 subpoenas to third-parties for copies of deposition transcripts and other documents from prior cases.

This stipulation and order is solely an authorization to issue third-party subpoenas as described above, and nothing herein shall be deemed an approval as to the substance of any subpoena.  All Parties and third-parties retain all rights to seek to quash, modify, and/or otherwise object to such subpoenas in the appropriate court.

On August 19, 2020, Plaintiff filed an amended complaint.  A question has arisen as to whether such amended complaint was timely and appropriately filed on that date.  Defendants hereby consent to the August 19, 2020 filing of Plaintiff's Amended Complaint.

/ / /

/ / /

/ / /

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4

The Parties stipulate to the Court granting the above requested Orders.

The Parties shall file a status report with the Court by January 4, 2021, or if sooner, promptly after disposition of the obligation of the insurer to defend this action in the Co-Pending Insurance Action.

DATED Kailua-Kona, Hawaii, October 17, 2020.

Respectfully submitted,

**CULPEPPER IP, LLLC**

/s/ Kerry S. Culpepper
Kerry S. Culpepper
*Attorney for Certain Defendants*

IT IS SO STIPULATED.

Respectfully,

NEIL D. GREENSTEIN
MARTIN R. GREENSTEIN
JOHN L. ROBERTS
TECHMARK

Dated: October 17, 2020

By: _____
Neil D. Greenstein
Attorneys for Plaintiff

**ORDER**
[L.R. 7-12]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Charles R. Breyer
United States District Judge

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

5

# Exhibit "1"

| No | email address | IP | Hit Date UTC |
|---|---|---|---|
| 1 | farhad.sukhia@gmail.com | 65.49.126.194 | 11/13/2019 0:25:59 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 6/11/2019 18:36:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 6/11/2019 18:36:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 7/14/2019 11:35:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 8/11/2019 13:21:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 11/15/2019 5:09:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 12/3/2019 15:31:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 12/19/2019 6:00:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 12/28/2019 6:09:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 5/18/2019 2:26:00 |
| 2 | betchayhipolito@yahoo.com | 74.82.60.96 | 4/4/2019 5:54:52 |
|  | betchayhipolito@yahoo.com | 74.82.60.96 | 4/3/2019 6:33:32 |
|  | betchayhipolito@yahoo.com | 74.82.60.96 | 6/16/2019 18:16:54 |
| 3 | dsvinayr5@gmail.com | 65.49.126.173 | 2/27/2019 18:17:29 |
|  | dsvinayr5@gmail.com | 65.49.126.173 | 12/3/2019 11:38:47 |
|  | dsvinayr5@gmail.com | 65.49.126.173 | 12/28/2019 13:55:20 |
|  | dsvinayr5@gmail.com | 65.49.126.173 | 12/30/2019 7:07:13 |
|  | dsvinayr5@gmail.com | 65.49.126.173 | 2/10/2020 18:47:36 |
|  | dsvinayr5@gmail.com | 65.49.126.173 | 2/21/2020 1:07:27 |
| 4 | nandanlalkumar@gmail.com | 74.82.60.87 | 3/4/2019 19:14:17 |
|  | nandanlalkumar@gmail.com | 74.82.60.87 | 12/10/2019 14:31:10 |
| 5 | acctgsupervisor.rdlgroup@gmail.com | 74.82.60.196 | 3/29/2019 4:18:37 |
|  | acctgsupervisor.rdlgroup@gmail.com | 74.82.60.196 | 7/14/2019 1:28:15 |
|  | acctgsupervisor.rdlgroup@gmail.com | 74.82.60.196 | 7/29/2019 6:38:00 |
|  | acctgsupervisor.rdlgroup@gmail.com | 74.82.60.196 | 11/19/2019 2:51:28 |
| 6 | paulosoriano1975@gmail.com | 74.82.60.191 | 2/10/2020 0:50:18 |
|  | paulosoriano1975@gmail.com | 74.82.60.191 | 7/14/2019 0:47:50 |
|  | paulosoriano1975@gmail.com | 74.82.60.191 | 12/3/2019 12:24:15 |
|  | paulosoriano1975@gmail.com | 74.82.60.191 | 1/11/2020 21:50:11 |
| 7 | nishil.mehra@gmail.com | 72.52.87.189 | 7/13/2019 8:43:02 |
|  | nishil.mehra@gmail.com | 72.52.87.189 | 11/25/2019 18:02:13 |
|  | nishil.mehra@gmail.com | 72.52.87.189 | 12/10/2019 16:19:56 |
|  | nishil.mehra@gmail.com | 72.52.87.189 | 1/1/2020 2:10:08 |
|  | nishil.mehra@gmail.com | 72.52.87.189 | 5/16/2019 14:00:18 |
| 8 | rp8260@gmail.com | 74.82.60.96 | 2019-07-15 12:54:54 |
|  | rp8260@gmail.com | 74.82.60.96 | 4/3/2019 6:33:00 |
|  | rp8260@gmail.com | 74.82.60.96 | 6/16/2019 18:16:00 |
| 9 | bitihindaboris@gmail.com | 65.49.38.140 | 7/21/2019 15:59:50 |
| 10 | m27santhos@gmail.com | 72.52.87.98 | 12/5/2019 11:44:00 |
|  | m27santhos@gmail.com | 72.52.87.98 | 7/18/2019 8:13:00 |
|  | m27santhos@gmail.com | 72.52.87.98 | 8/4/2019 23:10:00 |
|  | m27santhos@gmail.com | 72.52.87.98 | 11/23/2019 17:08:00 |
|  | m27santhos@gmail.com | 72.52.87.98 | 2/12/2020 21:22:00 |
|  | m27santhos@gmail.com | 72.52.87.98 | 3/27/2020 0:41:28 |
| 11 | a.abolfazl@yahoo.com | 72.52.87.97 | 11/26/2019 20:54:52 |
|  | a.abolfazl@yahoo.com | 72.52.87.97 | 1/25/2019 4:14:46 |

|    | Email | IP | Date |
|----|-------|-----|------|
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 6/20/2019 4:00:21 |
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 7/21/2019 20:57:06 |
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 8/3/2019 14:13:55 |
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 12/2/2019 1:50:43 |
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 12/4/2019 9:31:56 |
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 2/23/2020 19:40:45 |
| 12 | madden07_21@yahoo.com | 65.49.113.50 | 11/26/2019 6:40:25 |
| 13 | pottasaiteja@gmail.com | 74.82.60.172 | 11/25/2019 4:43:23 |
|    | pottasaiteja@gmail.com | 74.82.60.172 | 7/9/2019 15:28:15 |
|    | pottasaiteja@gmail.com | 74.82.60.172 | 7/13/2019 18:14:15 |
|    | pottasaiteja@gmail.com | 74.82.60.172 | 10/14/2019 8:20:15 |
|    | pottasaiteja@gmail.com | 74.82.60.172 | 11/22/2019 17:54:09 |
| 14 | beam_528@yahoo.com | 65.49.126.92 | 1/18/2019 6:03:54 |
|    | beam_528@yahoo.com | 65.49.126.92 | 5/13/2019 6:57:06 |
|    | beam_528@yahoo.com | 65.49.126.92 | 7/14/2019 2:00:28 |
|    | beam_528@yahoo.com | 65.49.126.92 | 7/20/2019 4:34:31 |
|    | beam_528@yahoo.com | 65.49.126.92 | 10/22/2019 8:48:28 |
| 15 | owolabi_akanni@yahoo.com | 74.82.63.195 | 2/22/2019 11:10:22 |
| 16 | jceguilos02@yahoo.com | 5.152.182.191 | 5/29/2019 15:27:26 |
| 17 | oo675381@gmail.com | 74.82.63.196 | 5/9/2019 10:52:18 |
| 18 | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 6/5/2019 13:58:43 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 5/10/2019 6:54:10 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 12/7/2019 14:44:02 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 12/19/2019 2:47:48 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 2/8/2020 15:22:37 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 2/13/2020 16:10:13 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 11/21/2019 22:01:29 |
| 19 | tsixlass@hotmail.com | 65.49.38.141 | 10/5/2019 7:36:54 |
| 20 | justin.warner0@rediffmail.com | 72.52.87.80 | 1/25/2020 18:51:18 |
|    | justin.warner0@rediffmail.com | 72.52.87.80 | 4/13/2019 7:35:19 |
|    | justin.warner0@rediffmail.com | 72.52.87.80 | 6/11/2019 18:12:58 |
|    | justin.warner0@rediffmail.com | 72.52.87.80 | 11/15/2019 9:34:09 |
|    | justin.warner0@rediffmail.com | 72.52.87.80 | 12/4/2019 14:19:04 |
|    | justin.warner0@rediffmail.com | 72.52.87.80 | 7/15/2019 7:57:41 |
| 21 | h1366m@yahoo.com | 64.62.219.31 | 1/22/2020 21:36:46 |
| 22 | peymanrashidi@yahoo.com | 65.49.126.187 | 1/22/2020 21:57:07 |
|    | peymanrashidi@yahoo.com | 65.49.126.187 | 5/17/2019 7:38:46 |
|    | peymanrashidi@yahoo.com | 65.49.126.187 | 8/25/2019 23:00:39 |
|    | peymanrashidi@yahoo.com | 65.49.126.187 | 10/20/2019 7:30:45 |
|    | peymanrashidi@yahoo.com | 65.49.126.187 | 12/10/2019 14:57:04 |
| 23 | n.panchiwala@yahoo.in | 74.82.60.193 | 3/19/2020 5:56:05 |
|    | n.panchiwala@yahoo.in | 74.82.60.193 | 12/2/2019 10:04:49 |
|    | n.panchiwala@yahoo.in | 74.82.60.193 | 12/27/2019 1:21:12 |
|    | n.panchiwala@yahoo.in | 74.82.60.193 | 12/30/2019 22:03:09 |
| 24 | vincentlimin@yahoo.com | 72.52.87.191 | 10/11/2019 18:17:26 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 5/19/2019 13:39:27 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 6/20/2019 11:54:35 |

|    | Email | IP | Date/Time |
|----|-------|----|-----------|
|    | vincentlimin@yahoo.com | 72.52.87.191 | 7/11/2019 23:52:42 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 11/17/2019 7:12:19 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 12/28/2019 4:34:33 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 2/6/2020 9:59:59 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 3/26/2020 16:57:58 |
| 25 | jegannathanlaalapet@gmail.com | 65.49.126.190 | 8/25/2019 15:34:56 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 7/14/2019 0:36:13 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 10/21/2019 12:01:14 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 1/16/2020 6:20:37 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 1/29/2020 2:28:41 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 2/4/2020 7:47:46 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 8/29/2019 1:37:06 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 10/9/2019 17:08:49 |
| 26 | gmurage23@gmail.com | 184.104.204.2 | 10/25/2019 15:51:17 |
| 27 | neutralizer4wot@gmail.com | 77.111.246.214 | 11/30/2019 1:26:15 |

**Exhibit "1"**

| No | email address | ISP |
|---|---|---|
| 1 | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
| 2 | betchayhipolito@yahoo.com | Hurricane Electric / Sophidea |
|  | betchayhipolito@yahoo.com | Hurricane Electric / Sophidea |
|  | betchayhipolito@yahoo.com | Hurricane Electric / Sophidea |
| 3 | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
|  | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
|  | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
|  | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
|  | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
|  | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
| 4 | nandanlalkumar@gmail.com | Hurricane Electric / Sophidea |
|  | nandanlalkumar@gmail.com | Hurricane Electric / Sophidea |
| 5 | acctgsupervisor.rdlgroup@gmail.com | Hurricane Electric / Sophidea |
|  | acctgsupervisor.rdlgroup@gmail.com | Hurricane Electric / Sophidea |
|  | acctgsupervisor.rdlgroup@gmail.com | Hurricane Electric / Sophidea |
|  | acctgsupervisor.rdlgroup@gmail.com | Hurricane Electric / Sophidea |
| 6 | paulosoriano1975@gmail.com | Hurricane Electric / Sophidea |
|  | paulosoriano1975@gmail.com | Hurricane Electric / Sophidea |
|  | paulosoriano1975@gmail.com | Hurricane Electric / Sophidea |
|  | paulosoriano1975@gmail.com | Hurricane Electric / Sophidea |
| 7 | nishil.mehra@gmail.com | Hurricane Electric / Sophidea |
|  | nishil.mehra@gmail.com | Hurricane Electric / Sophidea |
|  | nishil.mehra@gmail.com | Hurricane Electric / Sophidea |
|  | nishil.mehra@gmail.com | Hurricane Electric / Sophidea |
|  | nishil.mehra@gmail.com | Hurricane Electric / Sophidea |
| 8 | rp8260@gmail.com | Hurricane Electric / Sophidea |
|  | rp8260@gmail.com | Hurricane Electric / Sophidea |
|  | rp8260@gmail.com | Hurricane Electric / Sophidea |
| 9 | bitihindaboris@gmail.com | Hurricane Electric / Dynaweb Foundation |
| 10 | m27santhos@gmail.com | Hurricane Electric / Sophidea |
|  | m27santhos@gmail.com | Hurricane Electric / Sophidea |
|  | m27santhos@gmail.com | Hurricane Electric / Sophidea |
|  | m27santhos@gmail.com | Hurricane Electric / Sophidea |
|  | m27santhos@gmail.com | Hurricane Electric / Sophidea |
|  | m27santhos@gmail.com | Hurricane Electric / Sophidea |
| 11 | a.abolfazl@yahoo.com | Hurricane Electric / Sophidea |
|  | a.abolfazl@yahoo.com | Hurricane Electric / Sophidea |

|    |                                   |                                         |
|----|-----------------------------------|-----------------------------------------|
|    | a.abolfazl@yahoo.com              | Hurricane Electric / Sophidea           |
|    | a.abolfazl@yahoo.com              | Hurricane Electric / Sophidea           |
|    | a.abolfazl@yahoo.com              | Hurricane Electric / Sophidea           |
|    | a.abolfazl@yahoo.com              | Hurricane Electric / Sophidea           |
|    | a.abolfazl@yahoo.com              | Hurricane Electric / Sophidea           |
|    | a.abolfazl@yahoo.com              | Hurricane Electric / Sophidea           |
| 12 | madden07_21@yahoo.com             | Hurricane Electric / N.A.               |
| 13 | pottasaiteja@gmail.com            | Hurricane Electric / Sophidea           |
|    | pottasaiteja@gmail.com            | Hurricane Electric / Sophidea           |
|    | pottasaiteja@gmail.com            | Hurricane Electric / Sophidea           |
|    | pottasaiteja@gmail.com            | Hurricane Electric / Sophidea           |
|    | pottasaiteja@gmail.com            | Hurricane Electric / Sophidea           |
| 14 | beam_528@yahoo.com                | Hurricane Electric / Sophidea           |
|    | beam_528@yahoo.com                | Hurricane Electric / Sophidea           |
|    | beam_528@yahoo.com                | Hurricane Electric / Sophidea           |
|    | beam_528@yahoo.com                | Hurricane Electric / Sophidea           |
|    | beam_528@yahoo.com                | Hurricane Electric / Sophidea           |
| 15 | owolabi_akanni@yahoo.com          | Hurricane Electric / SafeChat Inc       |
| 16 | jceguilos02@yahoo.com             | Hurricane Electric / ElasticHosts Ltd   |
| 17 | oo675381@gmail.com                | Hurricane Electric / SafeChat Inc       |
| 18 | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea           |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea           |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea           |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea           |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea           |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea           |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea           |
| 19 | tsixlass@hotmail.com              | Hurricane Electric / Dynaweb Foundation |
| 20 | justin.warner0@rediffmail.com     | Hurricane Electric / Sophidea           |
|    | justin.warner0@rediffmail.com     | Hurricane Electric / Sophidea           |
|    | justin.warner0@rediffmail.com     | Hurricane Electric / Sophidea           |
|    | justin.warner0@rediffmail.com     | Hurricane Electric / Sophidea           |
|    | justin.warner0@rediffmail.com     | Hurricane Electric / Sophidea           |
|    | justin.warner0@rediffmail.com     | Hurricane Electric / Sophidea           |
| 21 | h1366m@yahoo.com                  | Hurricane Electric / Sophidea           |
| 22 | peymanrashidi@yahoo.com           | Hurricane Electric / Sophidea           |
|    | peymanrashidi@yahoo.com           | Hurricane Electric / Sophidea           |
|    | peymanrashidi@yahoo.com           | Hurricane Electric / Sophidea           |
|    | peymanrashidi@yahoo.com           | Hurricane Electric / Sophidea           |
|    | peymanrashidi@yahoo.com           | Hurricane Electric / Sophidea           |
| 23 | n.panchiwala@yahoo.in             | Hurricane Electric / Sophidea           |
|    | n.panchiwala@yahoo.in             | Hurricane Electric / Sophidea           |
|    | n.panchiwala@yahoo.in             | Hurricane Electric / Sophidea           |
|    | n.panchiwala@yahoo.in             | Hurricane Electric / Sophidea           |
| 24 | vincentlimin@yahoo.com            | Hurricane Electric / Sophidea           |
|    | vincentlimin@yahoo.com            | Hurricane Electric / Sophidea           |
|    | vincentlimin@yahoo.com            | Hurricane Electric / Sophidea           |

|    | Email | Provider |
|----|-------|----------|
|    | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
|    | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
|    | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
|    | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
|    | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
| 25 | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
|    | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
|    | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
|    | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
|    | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
|    | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
|    | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
|    | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
| 26 | gmurage23@gmail.com | Hurricane Electric / Triton Digital Inc (fka Ando Media Group LLC) |
| 27 | neutralizer4wot@gmail.com | Opera Mini Proxy |