NEIL D. GREENSTEIN (SBN 123980)
JOHN L. ROBERTS (SBN 208927)
TECHMARK
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
Telephone (347) 514-7717
Facsimile: (408) 280-2250
Email: ndg@techmark.com

MARTIN R. GREENSTEIN (SBN 106789)
TECHMARK, A Law Corporation
4820 HARWOOD ROAD, SUITE 110
SAN JOSE, CA 95124
Telephone: (408) 266-4700
Facsimile: (408) 850-1955
Email: mrg@techmark.com

Attorneys for Plaintiff
HURRICANE ELECTRIC LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DALLAS BUYERS CLUB, LLC et al.,<br><br>    Defendants. | CASE NO. 3:20-cv-3813-CRB |

**FRCP 41(a)(1)(A)(i) DISMISSAL WITHOUT PREJUDICE**

**SOLELY AS TO CRAIG FLORES**

In *Wilson v. City of San Jose*, 111 F.3d 688, the Ninth Circuit stated:

> "Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir.1995) (citing

*Hamilton v. Shearson-Lehman American Express*, 813 F.2d 1532, 1534 (9th Cir.1987)).

\* \* \*

The dismissal is effective on filing and no court order is required. *Id.* The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. Id.; *Pedrina v. Chun*, 987 F.2d 608, 609-10 (9th Cir.1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. *Concha*, 62 F.3d at 1506."

Defendant, Craig Flores, has not served an answer or a motion for summary judgment. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Hurricane Electric LLC, hereby dismisses, WITHOUT PREJUDICE, solely as to Defendant, Craig Flores.

Each party is to bear its own costs and attorneys' fees.

DATED: February 27, 2021

NEIL D. GREENSTEIN
MARTIN R. GREENSTEIN
JOHN L. ROBERTS
TECHMARK

By: /s/ Neil D. Greenstein
Neil D. Greenstein
Attorneys for Plaintiff
HURRICANE ELECTRIC LLC