1  Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
   Culpepper IP, LLLC
2  75-170 Hualalai Road, Suite B204
3  Kailua Kona, HI 96740
   Tel: 808-464-4047
4  Fax: 202-204-5181
   kculpepper@culpepperip.com
5
6  Tobi Clinton, (SBN 209554)
   330 Vernon St., Unit 795
7  Roseville, CA 95678
   Tel: 650-735-2137
8  Fax: 202-204-5181
   tclinton@culpepperip.com
9

*Attorneys for Defendants:* DALLAS BUYERS CLUB, LLC, a Texas LLC; DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; and KILLING LINK DISTRIBUTION, LLC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HURRICANE ELECTRIC LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DALLAS BUYERS CLUB, LLC, et al. <br><br> Defendants. | Case No.: 3:20-CV-3813-CRB <br><br> **STIPULATION FOR DISMISSAL WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

HURRICANE ELECTRIC, LLC ("Plaintiff"), through its counsel Neil D. Greenstein, and DALLAS BUYERS CLUB, LLC, a Texas LLC, DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; and KILLING LINK

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

STIPULATION FOR DISMISSAL   1   CASE # 3:20-CV-3813-CRB

DISTRIBUTION, LLC ("Defendants"), through their counsel Kerry S. Culpepper, submit this stipulation requesting dismissal.

The parties have agreed to a settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties request that the Court dismiss this action and all claims and potential counterclaims subject to the Court retaining jurisdiction to enforce the terms of a written Confidential Settlement Agreement.

Each party is to bear its own costs and attorneys' fees.

DATED Kailua-Kona, Hawaii, February 27, 2021.

Respectfully submitted,

**CULPEPPER IP, LLLC**

/s/ Kerry S. Culpepper
Kerry S. Culpepper
*Attorney for Defendants*

Respectfully,

NEIL D. GREENSTEIN
MARTIN R. GREENSTEIN
JOHN L. ROBERTS
TECHMARK

Dated: February 27, 2021

By: _____
Neil D. Greenstein
Attorneys for Plaintiff

**ORDER**
[L.R. 7-12]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2021

_____
Charles R. Breyer
United States District Judge

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

STIPULATION FOR DISMISSAL        2        CASE NO. 3:20-CV-3813-CRB