UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DALLAS BUYERS CLUB, LLC, et al.<br><br>　　　　Defendants. | Case No.: 3:20-CV-3813-CRB<br><br>**ATTESTATION** |

## ATTESTATION

Pursuant to LR 5-1(i)(3), I attest that concurrence in the filing of the STIPULATION FOR DISMISSAL WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT [Doc. #52] has been obtained from each of the other signatories who are listed on the signature. I have filed a scanned image of the signature page, signed by the parties, of the document being electronically filed, in lieu of maintaining the paper record for subsequent production if required.

DATED Kailua-Kona, Hawaii, February 27, 2021.

Respectfully submitted,

**CULPEPPER IP, LLLC**

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Defendants*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1